**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> Beverly Jackson <br><br><br> Debtor(s) | Case No.: 17-13981 <br> Chapter:  13 <br> Hearing Date:  4/29/2020 <br><br> Judge Deborah L. Thorne |

### NOTICE OF MOTION

TO:   Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Beverly Jackson, Debtor(s), 3426 W. 136th Street, Robbins, IL 60472
David M. Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

PLEASE TAKE NOTICE that on 4/29/2020, at 1:30PM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Deborah L. Thorne, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 613, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

**A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.**

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on April 17, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 17, 2020.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-19-10754**
NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on April 17, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 17, 2020.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Beverly Jackson, Debtor(s), 3426 W. 136th Street, Robbins, IL 60472
David M. Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

            /s/ Peter C. Bastianen
            Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-19-10754**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Beverly Jackson

Debtor(s)

Case No.: 17-13981
Chapter: 13
Hearing Date: 4/29/2020

Judge Deborah L. Thorne

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Wells Fargo Bank, N.A., (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. On 05/03/2017; this bankruptcy was filed;

3. Movant claims a valid security interest in the property commonly known as 3205 Hendricks Road, Robbins, IL 60472 pursuant to a note and mortgage executed by Edward Collins who is now deceased;

4. The Debtor may have interest in the Subject Property by virtue of being an heir of Edward Collins;

5. The estimated payoff balance due to Movant herein account of said indebtedness as of 04/02/2020 is in the amount of $25,309.21

6. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 5/3/2017;

7. The Voluntary Petition, Schedules, and Chapter 13 Plan herein do not provide for this debt or property;

8.  Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

   a) Debtor did not sign the note or the mortgage;
   b) Debtor's Chapter 13 Plan does not provide for the Subject Property or payment of the debt;
   c) Debtor is a named Party-Defendant in Movant's foreclosure proceeding because he/she may have inherited an interest in the Subject Property as an heir of the deceased mortgagors Edward Collins, so stay relief is required in order for Movant to proceed in state court;
   d) As of 04/02/2020, the Debtor(s) is/are past due for the 8/1/2019 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;
   e) As of 04/02/2020, the total post-petition default through and including 4/1/2020, is $4,955.19. Any payments received after this date may not be reflected in this default.
   f) On 05/01/2020, the default will increase and will continue to increase as additional amounts become due;
   g) Movant is not adequately protected;
   h) The Subject Property is not necessary for Debtor's effective reorganization;

9.  This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

10.  Edward Collins, who is now deceased, executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust;

**WHEREFORE,** Wells Fargo Bank, N.A. prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated this April 17, 2020.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-19-10754**

NOTE: This law firm is a debt collector.