Form G-4

Case 17-13981    Doc 25-2    Filed 04/17/20    Entered 04/17/20 16:36:49    Desc
Statement Accompanying Relief From Stay    Page 1 of 1

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Beverly Jackson                             Case No.  17-13981    Chapter  13

All Cases:   Moving Creditor   WELLS FARGO BANK, N.A.                 Date Case Filed  5/3/2017

Nature of Relief Sought:   ■ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing _____    or Date Plan Confirmed   06/28/2017

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 4/2/2020    $25,309.21
   Total of all other Liens against Collateral   $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $45,000.00, per Debtor's Schedules

5. Default
   a. ☐ Pre-Petition Default as of petition date
      Number of months _____    Amount _____

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months   9    Amount   $4,955.19

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount   $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:   April 17, 2020                               /s/ Peter C. Bastianen
(Rev. 12/21/09)                                      Counsel for Movant