**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-13981 |
| Beverly Jackson; | CHAPTER 13 |
| Debtor(s). | JUDGE Deborah L. Thorne |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC**

**STAY AND SETTING HEARING ON OBJECTIONS**

The above captioned person shall take notice that a motion or other request to lift the automatic stay in the above captioned bankruptcy has been filed with the U.S. Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604. A copy attached hereto.

Any objections to the attached motion shall be filed with the Court on or before June 29, 2020, with a copy forwarded to Movant's attorney, Diaz Anselmo Lindberg LLC, 1771 W. Diehl Rd., Suite 120, Naperville, IL 60563. If no objection to the relief sought is timely filed, the Court may enter an order granting the motion.

In the event an objection is filed, a hearing on the motion will be held before the Court on July 1, 2020, at 1:30 pm, or soon thereafter as counsel may be heard before the Honorable Deborah L. Thorne or any Judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 613 at 219 South Dearborn Street, Chicago, IL 60604**,** and move to present the attached motion.

**NOTE: This law firm is deemed to be a debt collector.**

                                                /s/ Theodore Konstantinopolous
                                                Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David. M. Siegel, Debtor's Counsel

    Marilyn O. Marshall, Trustee

    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Beverly Jackson, 3426 W. 136th Street, Robbins, IL 60472

    /s/ Tabatha Johnson

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-13981 |
| Beverly Jackson; | CHAPTER 13 |
| Debtor(s). | JUDGE Deborah L. Thorne |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Lakeview Loan Servicing, LLC, secured creditor herein, by and through its attorneys, DIAZ ANSELMO LINDBERG LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on May 3, 2017. The Chapter 13 plan confirmed on June 28, 2017.

5. Lakeview Loan Servicing, LLC holds a mortgage secured by a lien on debtor's real estate commonly known as 9800 S. Oakley Ave., Chicago, IL 60643-1739.

6. The Note and Mortgage were signed by Edward Collins, who, upon information and belief, is debtor Beverly Jackson's deceased brother. Debtor is a potential heir/legatee of the estate of Edward Collins, and it is necessary to name them as party defendants in a foreclosure proceeding, pursuant to Illinois Mortgage and Foreclosure law.

7. Movant is not adequately protected and seeks relief for the purpose of foreclosing its mortgage, which is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

10. The property is not necessary to an effective reorganization.

11.    The movant requests the Court order that Rule 4001(a)(3) is not applicable.

**WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

    Lakeview Loan Servicing, LLC

    /s/ Theodore Konstantinopolous

Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@Dallegal.com
Firm File Number: B20050010
This law firm is deemed to be a debt collector.