**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Beverly Jackson</u>      Case No. <u>17-13981</u>      Chapter <u>13</u>
All Cases: Moving Creditor <u>Lakeview Loan Servicing, LLC</u>   Date Case Filed <u>5/3/2017</u>

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing  or Date Plan Confirmed <u>6/28/2017</u>

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a.   ☐ Home
   b.   ☐ Car   Year, Make, and Model _____
   c.   ☑ Other (describe) <u>Heir in 14% of real property</u>

2. Balance Owed as of Petition Date  <u>$363,186.78</u>
   Total of all other Liens against Collateral <u>$0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  <u>$365,490.00 (per Assessor's Value)</u>

5. Default
   a.   Total Default
        Number of Months <u>11</u>  Amount <u>$34,035.16</u>

6. Other Allegations
   a.   ☐ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid          Amount $_____
        iii.  ☐ Rapidly depreciating asset
        iv.   X Other (describe) <u>Debtor is a potential heir</u>

   b.   ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ☐ Other "cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe) _____
        ii.   ☐ Multiple Filings
        iii.  ☐ Other (describe) _____

   d.   Debtor's Statement of Intention regarding the Collateral
        i.   ☐ Reaffirm     ☐ Redeem     ☐ Surrender     X No Statement of Intention Filed

Date: <u>June 19, 2020</u>                    /s/ Theodore Konstantinopolous
                                              Counsel for Movant