**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-13981 |
| Beverly Jackson; | CHAPTER 13 |
| Debtor(s). | JUDGE Deborah L. Thorne |

**NOTICE OF MOTION**

TO:   See attached list

PLEASE TAKE NOTICE that on August 12, 2020, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present Lakeview Loan Servicing, LLC's Motion to Amend Relief Order, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Lakeview Loan Servicing, LLC

By: /s/ Nisha B. Parikh
Nisha B. Parikh
Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number:   B2004001

This law firm is deemed to be a debt collector.

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David. M. Siegel, Debtor's Counsel

    Marilyn O. Marshall, Trustee

    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Beverly Jackson, 3426 W. 136th Street, Robbins, IL 60472

                                                 /s/ Tabatha Johnson

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-13981 |
| Beverly Jackson; | CHAPTER 13 |
| Debtor(s). | JUDGE Deborah L. Thorne |

**MOTION TO AMEND RELIEF ORDER**

Now comes Lakeview Loan Servicing, LLC, secured creditor herein, by and through its attorneys, DIAZ ANSELMO LINDBERG LLC, and moves for entry of the attached Amended Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on May 3, 2017. The Chapter 13 plan confirmed on June 28, 2017.

5. Lakeview Loan Servicing, LLC holds a mortgage secured by a lien on debtor's real estate commonly known as 9800 S. Oakley Ave., Chicago, IL 60643-1739.

6. Movant filed a Motion for Relief from the Automatic Stay on June 19, 2020.

7. Said Motion was granted by this court on July 8, 2020.

8. The Relief Order entered July 8, 2020 inadvertently lists this case as a Chapter 7 instead of a Chapter 13.

9. Movant prays for the entry of the attached Amended Order.

**WHEREFORE**, Movant prays for an entry of the attached Amended Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

Lakeview Loan Servicing, LLC

/s/ Nisha B. Parikh

Diaz Anselmo Lindberg LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@Dallegal.com
Firm File Number: B20050010
This law firm is deemed to be a debt collector.